IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KESHAWNNA PARKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-0684-BH-M |
| DALLAS COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action came on for a Pro Ami Hearing on October 4, 2005, to determine whether a proposed settlement meets the requirements of Alabama law as serving in the best interests of the minor plaintiffs. The following parties and their attorneys were present for the hearing: Keshawnna Parker, her Next Friend Kim Lazenby, Kendra Safford, her Next Friend Linda Smiley, their attorney Dwayne Brown, and defendants' attorney, Dana Bolden.

**Factual and Procedural Background**

This lawsuit arose out of an incident which occurred on or about October 4, 2004, at Tipton Middle School in Selma, Alabama. Specifically, the plaintiffs allege that defendant Alvin Owens authorized co-defendants Lou Ella Guthridge and Yvonne Cureton to conduct an illegal strip search of the plaintiffs after it was reported by another student that the two minor plaintiffs may have stolen ten dollars from her purse. Suit was filed in this Court on October 27, 2004. The original Complaint contained three counts. In Count I, plaintiffs

asserted a Section 1983 claim against each of the individual defendants (Owens, Guthridge and Cureton) for violating the minor plaintiff's constitutional rights under the Fourth and Fourteenth Amendments. In Count II, plaintiffs asserted a Section 1983 claim against only Alvin Owens, alleging that he was responsible for the alleged acts and omissions of co-defendants Guthridge and Cureton, and also that he acted with deliberate indifference. In Count III, plaintiffs asserted a Section 1983 claim against the Dallas County Board of Education. However, the Dallas County Board of Education was dismissed from this action on March 29, 2005.

The plaintiffs filed an Amended Complaint on February 18, 2005, in which they asserted three additional state law claims. Plaintiffs asserted therein an invasion of privacy claim (Count IV), an assault and battery claim (Count V), and a claim for outrage (Count VI).

Although defendants have agreed to settle this litigation, they categorically deny the allegations made against them regarding the nature of the search of the minor plaintiffs and/or their belongings. At the time the settlement was reached and the pro ami hearing was conducted, a motion for summary judgment by the defendants remained pending.

Notwithstanding the foregoing, the parties have reached a settlement agreement with defendants' insurance company to pay a total of $15,000.00, which includes: $12,000.00 for plaintiffs and plaintiff's attorney fees, and $3,000.00 for plaintiffs' deposition costs and litigation expenses. The defendants also agreed and have already paid plaintiffs' mediation expenses. This agreement is in full and complete settlement of any and all

claims against the defendants arising out of the alleged incident at issue in this litigation. Defendant Alvin Owens also agrees to recommend minor plaintiff Safford's transfer from Tipton Middle School to Martin Middle School, upon written request by plaintiff Safford's Next Friend, Linda Smiley, to the Superintendent of the Dallas County Board of Education.

## CONCLUSION AND ORDER

Upon consideration of the terms of the proposed settlement, the parties' respective positions regarding same, counsel's representation concerning comparative judgment amounts in cases with similar facts and claims, and all other pertinent portions of the record, the Court concludes that the proposed settlement is just and fair and does indeed serve in the best interests of the minor plaintiffs, Keshawnna Parker and Kendra Safford, and thus complies with Alabama law. *See e.g.*, *Tennessee Coal, Iron and Railroad, Co. v. Hayes*, 97 Ala. 201, 12 So.2d 98 (1893); *Large v. Hayes*, 534 So.2d 1101 (Ala. 1988); *Burke v. Smith*, 252 F.3d 1260 (11th Cir. 2001). Thus, the settlement agreement set out herein in **APPROVED**.

It is therefore **ORDERED** that a **JUDGMENT** be entered in favor of the plaintiffs, Keshawnna Parker, by her Mother and Next Friend, Kim Lazenby, and Kendra Safford, by her Mother and her Next Friend, Linda Smiley, and against the defendants, Alvin Owens, Lou Ella Guthridge and Yvonne Cureton, in the amount of $15,000.00, said amount to be paid to the Clerk of this Court. Upon the Clerk's receipt of same, a Satisfaction of Judgment was to have been and indeed has been filed by the plaintiffs.

It is **FURTHER ORDERED** that the Clerk shall deposit the sum of $3,900.00 in an interest bearing account for each of the minor plaintiffs, namely Keshwanna Parker and Kendra Safford, for a total of $7,800.00 of the $15,000.00 settlement, said funds to remain in the Court's Registry until the minor children reach nineteen (19) years of age and petition the Court in writing for the release of said funds.  It is **FURTHER ORDERED** that the Clerk disburse the remaining $7,200.00 to plaintiffs' counsel, Dwayne Brown, at Post Office Box 230205, Montgomery, Alabama 36123-0205, upon receipt of his tax identification/social security number, said sum representing his attorney fees and expenses incurred in this litigation.  Finally, in view of the above, it is **ORDERED** that this action be and is hereby **DISMISSED, with prejudice**.

**DONE** this 5th day of October, 2005.

s/ W. B. Hand<br>SENIOR DISTRICT JUDGE