IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KESHAWNNA PARKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 04-0684-BH-M |
| DALLAS COUNTY BOARD OF ) | |
| EDUCATION, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the plaintiffs, Keshawnna Parker, by her Mother and Next Friend, Kim Lazenby, and Kendra Safford, by her Mother and her Next Friend, Linda Smiley, and against the defendants, Alvin Owens, Lou Ella Guthridge and Yvonne Cureton, in the amount of $15,000.00, said amount to be paid to the Clerk of this Court and disbursed according to the separate Order entered this day, and that this action be and is hereby **DISMISSED, with prejudice**.

**DONE** this 5th day of October, 2005.

                                                              s/ W. B. Hand
                                                      SENIOR DISTRICT JUDGE